IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW FIELDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 04-212-JPG ) |
| FEDERAL BUREAU OF PRISONS and LIEUTENANT MILIAR, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff, an inmate currently in the Northern Correctional Institution in Somers, Connecticut, brings this action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346, 2671-2680. Plaintiff previously was granted leave to proceed *in forma pauperis*, and he was not required to pay an initial partial filing fee as ordered.

This action seeks $20.95 damages to compensate for the loss or confiscation of Plaintiff's personal property, which occurred while he was incarcerated in the United States Penitentiary in Marion, Illinois. From the pleadings and exhibits, it appears at this time that Plaintiff has exhausted his administrative remedies. *See* 28 U.S.C. § 2675(a).

Plaintiff has named the Federal Bureau of Prisons and Lieutenant Miliar as defendants in this action. However, in an action under the FTCA, the United States of America is the only proper defendant. *See* 28 U.S.C. § 2679(b); *FDIC v. Meyer*, 127 L.Ed.2d 308, 317 (1994); *Hughes v. United States*, 701 F.2d 56, 58 (7th Cir. 1982).

**IT IS HEREBY ORDERED** that the United States of America is **SUBSTITUTED** as

Defendant in this action.

**IT IS FURTHER ORDERED** that Defendants **FEDERAL BUREAU OF PRISONS and LIEUTENANT MILIAR** are hereby **DISMISSED** from this action without prejudice.

**IT IS FURTHER ORDERED** that in all future pleadings, the title of this case shall be "*Andrew Fields, Plaintiff, vs. United States of America, Defendant.*"

**IT IS FURTHER ORDERED** that Plaintiff shall complete and submit a USM-285 form for the **ATTORNEY GENERAL of the UNITED STATES** and for the **UNITED STATES ATTORNEY for the SOUTHERN DISTRICT OF ILLINOIS** within **THIRTY (30) DAYS** of the date of entry of this Memorandum and Order.  The Clerk is **DIRECTED** to send Plaintiff **TWO (2)** USM-285 forms with Plaintiff's copy of this Memorandum and Order.  **<u>Plaintiff is advised that service will not be made on a defendant until Plaintiff submits a properly completed USM-285 form for that defendant.</u>**

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Complaint, Summons, and this Order upon the United States Attorney for the Southern District of Illinois and upon the Attorney General of the United States at Washington, D.C., pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.  All costs of service shall be advanced by the United States.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon the United States Attorney for the Southern District of Illinois, a copy of every further pleading or other document submitted for consideration by this Court.  He shall include, with the original paper to be filed with the Clerk of the court, a certificate stating the date that a true and correct copy of any document was mailed to the United States Attorney.  Any paper received by a district judge or magistrate which has not been

filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**Dated: October 3, 2005**

          **s/ J. Phil Gilbert**
          **U. S. District Judge**