IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDREW FIELDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 04-212-JPG |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

    This matter having come before the Court, and the Court granted the plaintiff's motion for voluntary dismissal of the remaining defendant,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

Dated:  January 26, 2006        By:  s/ Judith Prock, Deputy Clerk


Approved:    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**